1  JUNE D. COLEMAN, State Bar No. 191890
   jcoleman@kmtg.com
2  CANDICE L. FIELDS, State Bar No. 172174
   cfields@kmtg.com
3  KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
   A Law Corporation
4  400 Capitol Mall, 27th Floor
   Sacramento, CA 95814
5  Telephone: 916.321.4500
   Facsimile: 916.321.4555
6

7  Attorneys for Defendant
   RICKENBACKER COLLECTION dba RICKENBACKER
8  GROUP

9
                UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN JOSE DIVISION
12

13 | ZHIXUN SAMUEL SUN,                  | CASE NO. C 10-01055 LHK
14 |                                      |
   |         Plaintiff,                   | [PROPOSED] ORDER GRANTING
15 |                                      | REQUEST OF COUNSEL TO APPEAR
   | v.                                   | AT MOTION TO DISMISS COMPLAINT
16 |                                      | VIA TELEPHONE
   | RICKENBACKER COLLECTION dba         |
17 | RICKENBACKER GROUP,                  | Date:  February 24, 2011
   |                                      | Time:  1:30 p.m.
18 |         Defendant.                   | Dept.: Ctrm. 4, 5th Floor
   |                                      | Judge: Hon. Lucy H. Koh
19 |                                      |        United States District Court
   |                                      |        280 S. 1st Street
20 |                                      |        San Jose, CA 95113
21 |                                      | Am. Complaint filed: 11/15/2010

22
       Permission is hereby granted for counsel of record for Defendant, RICKENBACKER
23
   COLLECTION dba RICKENBACKER GROUP, to participate by telephone at the Motion to
24
   Dismiss Complaint scheduled for February 24, 2011 at 1:30 p.m.
25
26 Dated: 2/11/11                      _____
                                       Honorable Lucy H. Koh
27
28

962882.1 12345.010                    - 1 -                    Case No. C 10-01055 LHK

[PROPOSED] ORDER GRANTING REQUEST OF COUNSEL TO APPEAR AT MOTION TO DISMISS COMPLAINT VIA TELEPHONE