UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZHIXUN SAMUEL SUN,<br><br>           Plaintiff,<br>   v.<br><br>RICKENBACKER COLLECTION dba<br>RICKENBACKER GROUP,<br><br>           Defendant. | Case No.: 10-CV-01055-LHK<br><br>ORDER SETTING DEADLINE FOR PLAINTIFF TO OPPOSE MOTION TO WITHDRAW |

Counsel for Defendant Rickenbacker Collection has moved to withdraw as counsel in this matter. In its motion and supporting declaration, counsel represents that Rickenbacker can no longer pay defense costs and has consented to allow counsel to withdraw from representation in this matter. Counsel further represents that Plaintiff Sun wished to review the moving papers before determining whether to oppose the motion to withdraw. In order to resolve this matter expeditiously, the Court hereby sets a deadline for Plaintiff to oppose counsel's motion to withdraw. **If Plaintiff wishes to oppose the motion to withdraw as counsel, he must file an opposition brief explaining why he opposes the motion by March 24, 2011.** If Plaintiff fails to file an opposition by March 24, 2011, the Court will assume that he does not oppose the motion. If necessary, the Court will hold a hearing on the motion to withdraw on April 7, 2011, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: March 8, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge