Zhixun Samuel Sun, vs Rickenbacker Collection          Case # 10-CV-01055 LHK

Name:          ZHIXUN SAMUEL SUN,  Pro Se

Address:          10390 Calvert Dr. Cupertino, CA 95014

Phone Number: (626) 373-4308

E-mail: sunzx 123@yahoo.com

FILED

2011 MAR 22  A 9: 55

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ZHIXUN SAMUEL SUN,<br><br>Plaintiff.<br><br>vs.<br><br>RICKENBACKER COLLECTION dpa<br><br>RICKENBACKER CROUP<br><br>Defendant. | **Case No. 10-CV- 01055 LHK**<br><br>**STATEMENT**<br><br>Date:    November 7, 2011<br>Time:   9:00 a.m.<br>Dept:   Ctrm. 4  5th Floor<br>Judge:  Hon. Lucy H Koh<br>          United States District Court<br>          280 S. First Street<br>          San Jose, CA 95113 |

## STATEMENT

Only Plaintiff Zhixun Samuel Sun will testify at the trail on November 7, 2011.

Plaintiff belief this is a simple case with all factors and events were well documented as undeniable evidences.

Respectfully submitted

Date: March 3, 2010          Signature:          *SUNZHIKUN*

                              Printed Name:      ZHIXUN SAMUEL SUN,

                                                 Plaintiff  Pro Se