**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZHIXUN SAMUEL SUN, <br><br> Plaintiff, <br><br> v. <br><br> RICKENBACKER COLLECTIONS, <br><br> Defendant. | Case No.: 5:10-CV-1055 EJD <br><br> **ORDER VACATING HEARING AND REFERRING MOTION FOR DEFAULT AND MOTION FOR DEFAULT JUDGMENT** <br><br> **(Re: Docket No. 46)** |

On May 24, 2011, Plaintiff Zhixun Samuel Sun ("Sun") filed a motion for entry of default and a motion for entry of default judgment against Defendant Rickenbacker Collections ("Rickenbacker"). Although both motions are noticed for hearing before the undersigned, upon reviewing the motions, it is apparent the motions are directed to the clerk's office pursuant to Fed. R. Civ. P. 55(a) and Fed. R. Civ. P. 55(b)(1). The court therefore vacates the hearing set for November 4, 2011 and refers the motions to the clerk's office for the appropriate determination.

Dated: Pqxgo dgt"4."4233

_____
EDWARD J. DAVILA
United States District Judge

1