**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking                                                                                                General Court Number
Clerk                                                                                                                              408.535.5363

November 30, 2011

RE:  CV 10-01055 EJD          ZHIXUN SAMUEL SUN-v- RICKENBACKER COLLECTION

Default is declined as to *Rickenbacker Collections* on *11/29/11*.


                                                   RICHARD W. WIEKING, Clerk


                                                   by:  Cindy Vargas
                                                   Case Systems Administrator